**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 09, 2025**

_____
**MICHAEL M. PARKER**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAN AM DENTAL, P.A., | § | CASE NO. 25-50270-MMP |
| | § | |
| DEBTOR. | § | CHAPTER 11 |

**ORDER SETTING DEADLINES PURSUANT TO SCHEDULING ORDER**

The Court considered Debtor's *SubChapter V Debtor's Plan Dated May 6, 2024* (ECF No. 64) as well as the docket for the above-captioned case and determined that the Court must enter an order setting dates pursuant to Scheduling Order. It is, therefore,

**ORDERED** that the following dates are established pursuant to Scheduling Order with respect to Debtor's Plan:

(a) The date by which Debtor must send out notice of (i) the Plan, (ii) the confirmation hearing on the Plan, and (iii) the deadlines to object, accept, or reject the Plan is **JUNE 6, 2025**;

(b) The date by which parties-in-interest may object to the Plan is **JULY 2, 2025**;

(c) The date by which the Ballot Summary must be submitted is **JULY 4, 2025**; and

(d) The date of the hearing on the Plan is **WEDNESDAY, JULY 9, 2025 AT 9:30 A.M**.

It is further

**ORDERED** that the Debtor's counsel shall mail a ballot conforming to Official Form 314 along with a copy of the Plan and a copy of this Order to creditors and other parties-in-interest on or before **JUNE 6, 2025**. It is further

**ORDERED** that parties-in-interest must file and serve, pursuant to Federal Rule of Bankruptcy Procedure 3020(b)(91), written objections to confirmation of the Plan on or before **JULY 2, 2025**. It is further

**ORDERED** that creditors must mail or transmit ballots setting forth written acceptances or rejections of the Plan on or before **JULY 2, 2025**. It is further

**ORDERED** that all completed ballots shall be timely transmitted directly to Debtor's counsel via U.S. Mail, facsimile, or electronic mail as follows:

H. Anthony Hervol
Law Office of H. Anthony Hervol
Suite 1206-168
22211 IH-10 West
San Antonio, TX 78257
Fax: (210) 522-0205
Email: hervol@sbcglobal.net

It is further

**ORDERED** that the Debtor shall file its ballot summary no later than **JULY 4, 2025**. It is further

**ORDERED** that the hearing on confirmation of the Plan is scheduled for **WEDNESDAY, JULY 9, 2025 AT 9:30 A.M.** before the United States Bankruptcy Court for the Western District of Texas, Courtroom Number One, Third Floor, Hipolito F. Garcia Federal Building and Courthouse, 615 E. Houston St., San Antonio, Texas 78205.

# # #